```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MEJIA, individually and on behalf of all others similarly situated,

      Plaintiff,

-against-

COVER FX SKIN CARE LIMITED,

      Defendant.

1:22-cv-2620-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  Plaintiff initiated this action by filing a March 30, 2022. [ECF No. 1]. An affidavit of service of summons and complaint was filed on the docket on April 25, 2022. [ECF No. 5]. According to that summons, Defendant's response to the complaint was due May 3, 2022. [ECF Nos. 5]. No responses were filed by that date. On May 16, 2022, a subsequent affidavit of service of summons and complaint was filed. [ECF No. 6]. According to that summons, Defendant's response to the complaint was due May 27, 2022. [ECF No. 6]. No responses were filed by that date.

  Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment shall be filed by June 30, 2022. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website. Failure to move for a default judgment by that date may result in dismissal of this action for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001).

**SO ORDERED.**

Date: May 31, 2022
    New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
United States District Judge